R E C E I V E D

AUG 15 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

RECEIVED

AUG 12 2016

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

Michael Sullivan
Glen A. Sproviero
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11ᵗʰ Floor
New York, NY 10105
Tel: (212) 370-1300
Email: msullivan@egsllp.com
gsproviero@egsllp.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
DR. VIJAY VASUDEV; DR. KANCHAN
VASUDEV; DR. MANU VASUDEV; AND TARUN
VASUDEV,

                Plaintiffs,

      v.

MMG GROUP OF USA, LLC; VECTOR GLOBAL
HOLDING INC.; GREENE COUNTY PROPERTIES,
LP; ROHIT PUNJ; SHIVANI PUNJ; MADHU PUNJ;
AND EILEEN ZULLO,

                Defendants.
-------------------------------------------------------------x

Civil No. 3:15-cv-7554

**STIPULATION EXTENDING
TIME TO ANSWER**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys of record for the Plaintiffs Dr. Vijay Vasudev, Dr. Kanchan Vasudev, Dr. Manu Vasudev,

and Tarun Vasudev, (collectively, "Plaintiffs"), and for the Defendants MMG Group of USA, LLC,

Vector Global Holding Inc., Greene County Properties, LP, Rohit Punj, Shivani Punj, Madhu Punj,

and Eileen Zullo (collectively, "Defendants"), that the date for Plaintiffs to answer or otherwise

move with respect to Defendants' counterclaims is hereby extended up to and including September

13, 2016.

{00456712.DOCX.1}

Dated: New York, New York
     August 12, 2016

ELLENOFF GROSSMAN & SCHOLE LLP
Glen A. Sproviero, Esq.
1345 Avenue of the Americas
New York, New York 10105
(212) 370-1300
*Attorneys for Plaintiffs*

ROBINSON MILLER LLC
Michael J. Gesualdo, Esq.
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
*Attorneys for Defendants*

SO ORDERED:

Hon. Douglas E. Arpest, U.S.M.J.

{00456712.DOCX.1}