UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DR. VIJAY VASUDEV, et al., | : | Civil Action No. 15-7554 (BRM) |
| Plaintiffs, | : | |
| v. | : | INITIAL SCHEDULING ORDER |
| MMG GROUP OF USA L.L.C., et al., | : | |
| Defendants. | : | |

This matter having come before the Court during an Initial Scheduling Conference on September 29, 2016; pursuant to FED. R. CIV. P. 16; and the Court having conferred with counsel concerning an early mediation of this action; and good cause appearing for the entry of the within Order;

IT IS on this 29th day of September 2016,

ORDERED THAT:

1. The Parties shall comply with the disclosure requirements FED. R. CIV. P. 26(a)(1), including production of "core" financial and transactional documents, by November 1, 2016.

2. Counsel must advise the Court of the Parties' selection of a Mediator by November 1, 2016 in anticipation of a mediation session(s) in January 2017.

3. Counsel must meet and confer, no later than December 1, 2016, to determine the sufficiency of the Parties' production of the materials necessary to facilitate a successful mediation.

4. A telephone status conference will be held by the undersigned on December 28, 2016 at 10:00 A.M. Defense counsel must initiate the call.

5. In order to conserve the resources of the Court and the Parties, Plaintiffs' motion to dismiss the counterclaim [dkt. no. 33] is terminated without prejudice pending the outsome of the mediation.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge