**Ellenoff Grossman & Schole LLP**

1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889
www.egsllp.com

RECEIVED
NOV 0 2 2016
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

GLEN A. SPROVIERO
E-mail: gsproviero@egsllp.com
Direct Dial: (646) 895-7105

RECEIVED
NOV 0 1 2016
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

November 1, 2016

**VIA ECF**
Honorable Douglas E. Arpert
United States District Court
District of New Jersey
Clarkson S. Fisher Building &
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   <u>Vasudev, et al. v. MMG Group of USA, LLC, et al., 3:15-cv-7554</u> (BRM)

Dear Judge Arpert:

I represent the plaintiffs in the above-referenced matter and submit this joint letter with the consent of Michael Gesualdo, Esq., counsel for the defendants.

In accordance with the Court's Initial Scheduling Order, dated September 30, 2016 (the "Order") (Doc. 34), the parties jointly request that Your Honor appoint a mediator to facilitate a settlement of this case.   *Granted - Separate Order to follow.*

Moreover, the parties also <u>jointly request a thirty (30) day extension with respect to all deadlines</u> contained in the Order so as to afford them the ability to exchange all "core" documents in an orderly manner. An extension would modify the present schedule as follows:

*Granted.*

- Disclosure of Core Documents: November 1, 2016 to December 1, 2016;
- Parties to Confer Regarding Sufficiency of Documents Produced: December 1, 2016 to January 2, 2016;
- Anticipated Mediation Session: January 2017 to February 2017; and
- Telephonic Status Conference With the Court: December 28, 2016 to a time in late January to be determined by the Court.   *rescheduled to January 25th, 2017 at 11:30 AM.*

*So Ordered*
*DSSgent - USMJ*

Ellenoff Grossman & Schole LLP

Honorable Douglas E. Arpert
November 1, 2016
Page 2 of 2

If the Court has any questions or would like to discuss these issues, Mr. Gesualdo and I are available at Your Honor's convenience.

We appreciate the Court's consideration of these requests and its continued attention to this matter.

Respectfully yours,

Glen A. Sproviero

cc: Michael Gesualdo (via ECF)