UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DR. VIJAY VASUDEV, et al.,            :  Civil Action No. 15-7554 (BRM)
                                      :
            Plaintiffs,               :
                                      :
            v.                        :  ORDER OF REFERENCE TO
                                      :        MEDIATION
MMG GROUP OF USA, LLC, et al.,        :
                                      :
            Defendants.               :
_____  :

            The Court having adopted L. Civ. R. 301.1 and established a program for the

mediation of civil actions; and the Parties having agreed that this action is appropriate for

mediation; and it appearing that mediation of this case would conserve the resources, and be in

the best interests, of the Court and the Parties, and good cause appearing;

            IT IS on this 2nd day of November 2016,

            ORDERED THAT:

            1.  The above captioned civil action is hereby referred to Honorable Joel A.

Pisano, U.S.D.J.  (retired), as mediator consistent with Local Rule 301.1.

            2.  Counsel and the parties (including individuals with settlement authority) will

cooperate with attending mediation sessions as requested by the mediator.

            3.  The mediator may meet with counsel and parties jointly or ex parte.  All

information presented to the mediator will be deemed confidential and will be disclosed by the

mediator only on consent of counsel, except as necessary to advise the Court of an apparent

failure to participate.  The mediator will not be subject to subpoena by any party.  No statements made or documents prepared for mediation sessions will be disclosed in any subsequent proceeding or construed as an admission against interest.

4.  Plaintiff's Counsel shall initiate a conference call on January 25, 2017 at 11:30 A.M., to report on the status of mediation.

5.  Pending further order of the Court, in order to facilitate the Parties' mediation efforts, all proceedings in this matter are stayed.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge