

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

November 23, 2016

VIA CM/ECF
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Cthse.
402 East State Street
Trenton, New Jersey 08608

      Re:    *Dr. Vijay Vasudev et al. v. MMG Group of USA, LLC et al.*
             Civil Action No.: 3:15-cv-07554- MAS-DEA

Dear Judge Arpert:

      This Firm represents Defendants Rohit Punj, Shivani Punj, Madhu Punj and Vector Global Holding Inc. in the above matter. I write to respectfully request a short extension of time to exchange core documents and confer regarding the sufficiency of the documents produced, which are currently due December 1, 2016 and January 2, 2017, respectively. Plaintiffs' counsel has courteously consented to this request. The parties request that the deadline to exchange core documents be extended to December 30, 2016 and that the deadline for the parties to meet and confer be extended to January 23, 2017. All other deadlines would remain the same. If acceptable, we request that Your Honor "So Order" this letter.

      We thank Your Honor for his kind consideration.

      Respectfully,

      *s/ Michael J. Gesualdo*
      Michael J. Gesualdo

cc: Glen Sproviero, Esq. (via CM/ECF)

IT IS **SO ORDERED** THIS ____ DAY OF NOVEMBER 2016.

      _____
      Hon. Douglas E. Arpert, U.S.M.J.