



**RM** | **ROBINSON**
**MILLER LLC**

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rmlegal.com

June 6, 2017

VIA CM/ECF
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Cthse.
402 East State Street
Trenton, New Jersey 08608

      Re:    *Dr. Vijay Vasudev et al. v. MMG Group of USA, LLC et al.*
           Civil Action No.: 3:15-cv-07554- MAS-DEA

Dear Judge Arpert:

      This Firm represents Defendants Rohit Punj, Shivani Punj, Madhu Punj and Vector Global Holding Inc. in the above matter. I write on behalf of all parties to respectfully request a short extension until June 19, 2017 to submit a proposed Revised Scheduling Order. The parties are engaged in settlement discussions and are attempting to resolve this matter without further litigation.

      We thank Your Honor for his kind consideration.

                             Respectfully,

                             *s/ Michael J. Gesualdo*
                             Michael J. Gesualdo

cc: All Counsel of Record (via CM/ECF)

*granted to
June 19, 2017*

*So Ordered*