

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

September 14, 2017

VIA CM/ECF
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Cthse.
402 East State Street
Trenton, New Jersey 08608

    Re:   *Dr. Vijay Vasudev et al. v. MMG Group of USA, LLC et al.*
          Civil Action No.: 3:15-cv-07554- BRM-DEA

Dear Judge Arpert:

    This Firm represents Defendants Rohit Punj, Shivani Punj, Madhu Punj and Vector Global Holding Inc. in the above matter. I write to respectfully request an additional 60-day extension of the Court's July 18, 2017 Order Administratively Terminating the Action (D.E. 48), which currently expires on September 18, 2017. Defendants had initially anticipated obtaining the settlement funds and finalizing the settlement by September 18. However, due to unforeseen circumstances, they now need to obtain additional financing from other sources and seek additional time to obtain the funds and to finalize the settlement. Plaintiffs' counsel courteously consents to this extension request.

    We thank Your Honor for his kind consideration.

                    Respectfully,

                    *s/ Michael J. Gesualdo*
                    Michael J. Gesualdo

cc: All Counsel of Record (via CM/ECF)

It is so ordered this 15th day
of September, 2017

Brian R. Martinotti, U.S.D.J.